SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:10-cv-01601-GEB-KJM** |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 20, 2010 FOR DEFENDANTS |
| vs. | ) CREPE ESCAPE L.L.C. INDIVIDUALLY AND D/B/A THE |
| Crepe Escape L.L.C., et al | ) CREPE ESCAPE; FRANCESCA L. ZAWAYDEH INDIVIDUALLY AND D/B/A |
| Defendants | ) THE CREPE ESCAPE; SHIH-YING TU INDIVIDUALLY AND AS TRUSTEE OF THE TU REVOCABLE FAMILY LIVING TRUST CREATED PURSUANT TO THE TU REVOCABLE LIVING FAMILY TRUST AGREEMENT EXECUTED ON MARCH 30, 2004; JEFFREY TU INDIVIDUALLY AND AS TRUSTEE OF THE TU REVOCABLE FAMILY LIVING TRUST CREATED PURSUANT TO THE TU REVOCABLE LIVING FAMILY TRUST AGREEMENT EXECUTED ON MARCH 30, 2004 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendants, Crepe Escape L.L.C. Individually

and d/b/a The Crepe Escape; Francesca L. Zawaydeh Individually and d/b/a The Crepe Escape; Shih-Ying Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004; Jeffrey Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004, by and through their respective attorneys of record, Scott N. Johnson; Crepe Escape L.L.C.; Francesca L. Zawaydeh; Shih-Ying Tu; Jeffrey Tu (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendants Crepe Escape L.L.C. Individually and d/b/a The Crepe Escape; Francesca L. Zawaydeh Individually and d/b/a The Crepe Escape; Shih-Ying Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004; Jeffrey Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30,

2004 until October 20, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Crepe Escape L.L.C. Individually and d/b/a The Crepe Escape; Francesca L. Zawaydeh Individually and d/b/a The Crepe Escape; Shih-Ying Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004; Jeffrey Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004 are granted an extension until October 20, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Crepe Escape L.L.C. Individually and d/b/a The Crepe Escape; Francesca L. Zawaydeh Individually and d/b/a The Crepe Escape; Shih-Ying Tu Individually and as Trustee of the Tu Revocable Family Living Trust Created pursuant to the Tu Revocable Living Family Trust Agreement executed on March 30, 2004; Jeffrey

Tu Individually and as Trustee of the Tu
Revocable Family Living Trust Created pursuant
to the Tu Revocable Living Family Trust
Agreement executed on March 30, 2004 response
will be due no later than October 20, 2010.


IT IS SO STIPULATED effective as of September 20, 2010


Dated:   September 21, 2010          /s/Francesca L. Zawaydeh

                                     Crepe Escape L.L.C.,

                                     Individually and d/b/a

                                     The Crepe Escape


Dated:   September 21, 2010          /s/Francesca L. Zawaydeh

                                     Francesca L. Zawaydeh,

                                     Individually and d/b/a

                                     The Crepe Escape


Dated:   September 21, 2010          /s/Shih-Ying Tu

                                     Shih-Ying Tu,

                                     Individually and as

                                     Trustee of the Tu

                                     Revocable Family Living

                                     Trust Created pursuant

to the Tu Revocable
Living Family Trust
Agreement executed on
March 30, 2004


Dated:   September 21, 2010          /s/Jeffrey Tu_____

Jeffrey Tu, Individually
and as Trustee of the Tu
Revocable Family Living
Trust Created pursuant
to the Tu Revocable
Living Family Trust
Agreement executed on
March 30, 2004


Dated:   September 20, 2010          /s/Scott N. Johnson_____

Scott N. Johnson,
Attorney for Plaintiff


   **IT IS SO ORDERED:** that Defendants Crepe Escape L.L.C.
Individually and d/b/a The Crepe Escape; Francesca L.
Zawaydeh Individually and d/b/a The Crepe Escape; Shih-Ying
Tu Individually and as Trustee of the Tu Revocable Family
Living Trust Created pursuant to the Tu Revocable Living

1  Family Trust Agreement executed on March 30, 2004; Jeffrey

2  Tu Individually and as Trustee of the Tu Revocable Family

3  Living Trust Created pursuant to the Tu Revocable Living

4  Family Trust Agreement executed on March 30, 2004 shall

5  have until October 20, 2010 to respond to complaint.

6

7  DATED: September 24, 2010

8                                    GARLAND E. BURRELL, JR.
                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 6